```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| In the Matter of the Application for the Determination of Interim License Fees for<br><br>THE CROMWELL GROUP, INC. AND AFFILILATES, et al. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/18/10<br><br>No. 10 CV 167 (DLC) (MHD)<br><br>**STIPULATION AND [PROPOSED] PRETRIAL SCHEDULING ORDER** |
| Related to<br><br>UNITED STATES OF AMERICA<br>        Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,<br><br>        Defendant. | No. 41 CV 1395 (DLC) (MHD) |

WHEREAS, on January 8, 2010, the American Society of Composers, Authors and Publishers ("ASCAP") and The Cromwell Group, Inc. and Affiliates, ("Cromwell") filed a joint application for the determination of interim license fees; and

WHEREAS the parties have conferred regarding the schedule for the expeditious determination of interim license fees,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The parties shall file their initial papers in support of their respective positions concerning interim license fees by **February 26, 2010**.

2. The parties shall file reply papers in support of their respective positions concerning interim license fees by **March 29, 2010**.

3. Cromwell reserves the right to seek discovery following the filing of the initial interim fee papers and to request an extension of time to file reply papers if warranted by the discovery it seeks. ASCAP reserves the right to oppose such discovery and any request for an extension of time.

4. ~~Argument on the determination of interim license fees shall be held on _____, 2010~~

Dated: 2/18/10
New York, New York

*So ordered.*

*Denise Cote*
*Feby 18, 2010*

By _____
Jay Cohen
Lynn B. Bayard
Jacqueline P. Rubin
Kristy M. Tillman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3163
Email: jaycohen@paulweiss.com;
lbayard@paulweiss.com; jrubin@paulweiss.com;
ktillman@paulweiss.com

-and-

Richard H. Reimer
Sam Mosenkis
Christine A. Pepe
American Society of Composers, Authors and Publishers
One Lincoln Plaza
New York, New York 10023
Phone: (212) 621-6200
Fax: (212) 787-1381
Email: rreimer@ascap.com;
     smosenkis@ascap.com;
     cpepe@ascap.com

*Attorneys for the American Society of Composers, Authors and Publishers*

Dated: 2/1Y/0       By _R. Bruce Rich_ (signature)
New York, New York

                         R. Bruce Rich
                         Jonathan Bloom
                         Heather R. Solow
                         Weil, Gotshal & Manges LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Phone: (212) 310-8000
                         Email: bruce.rich@weil.com;
                         jonathan.bloom@weil.com;
                         heather.solow@weil.com

                         *Attorneys for the Radio Music License Committee*
                         *and The Cromwell Group, Inc. and Affiliates, et al.*

Dated: _____       SO ORDERED.
New York, New York

                         _____
                         Denise L. Cote
                         United States District Judge